PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

__Robert McClure 1420457__
Plaintiff's Name and ID Number

__Estelle Unit - T.D.C.J.__
Place of Confinement

__JURY TRIAL DEMAND__

CASE NO._____
(Clerk will assign the number)

v.

__Blake Lamb, Warden__
Defendant's Name and Address

__Estelle Unit, 264 F.M. 3478__
Defendant's Name and Address

__Huntsville, TX 77320__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_YES ___NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: MARCH 2016
      2. Parties to previous lawsuit:
         Plaintiff(s) Robert McClure
         Defendant(s) TDCJ
      3. Court: (If federal, name the district; if state, name the county.) EASTERN - BEAUMONT
      4. Cause number: 1:16-CV-00069
      5. Name of judge to whom case was assigned: Hon. Hawthorn
      6. Disposition: (Was the case dismissed, appealed, still pending?) Pending
      7. Approximate date of disposition: live

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Estelle Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert McClure 1420457
264 F.M. 3478
Huntsville, TX 77320

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Blake Lamb, SR. Warden of Estelle Unit
PoBox 99 - Huntsville, TX 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1st, 8th, 14th U.S.C.A. Retaliation, deliberate indifferent, equal protection.

Defendant #2: Dwight Blackshire, Asst. Warden of Estelle Unit
PoBox 99 - Huntsville, TX 77320
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
1, 8, 14 U.S.C.A. Retaliation, Deliberate indifferent, equal protection

Defendant #3: Ariel Burks, Asst. Warden of High Security Estelle Unit
PoBox 99 - Huntsville, TX 77320
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
1st, 8, 14 U.S.C.A. Retaliation, Deliberate indifferent, Equal protection.

Defendant #4: Barbara Hall, Food Service Major of Estelle Unit
PoBox 99 - Huntsville, TX 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1st, 8th, 14th U.S.C.A. Retaliation, Deliberate indifferent, Equal protection.

Defendant #5: John Doe, T.D.C.J. Food Director
PoBox 99 - Huntsville, TX 77320
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1st, 8th, 14th U.S.C.A. Retaliation, Deliberate indifferent, Equal protection

3

Rev. 05/15

DEFENDANT #6: John Doe, ASST. FOOD DIRECTOR of T.D.C.J. PO Box 99 - Huntsville, TX 77320
ACTS: 1st, 8th, 14th U.S.C.A. Retaliation, Deliberate indifferent equal protection.

DEFENDANT #7: CO Nguyen, Estelle unit Medical Director. PO Box 99 - Huntsville, TX 77320
ACTS: 1st, 8th, 14th U.S.C.A. Retaliation, Deliberate Indifferent, equal protection.

DEFENDANT #8: Rebbeca Coleman, Estelle unit low level provider for medical services. (Contract employee). PO Box 99 - Huntsville, TX 77320
ACTS: 1st, 8th, 14th U.S.C.A. Harassment, Deliberate indifferent, equal protection.

DEFENDANT #10 John Doe, Director of the American Correctional Association
206 N. Washington St., Suite 200
Alexandria, Virginia 22314
ACTS: 1st, 8th, 14th U.S.C.A., Harassment, Deliberate indifferent, equal protection

DEFENDANT #9: Bryan Collier, Executive Director of T.D.C.J. PO Box 99 - Huntsville, TX 77320.
ACTS: 1st, 8th, 14th U.S.C.A. Deliberate indifferent, retaliation, equal protection, to serious medical needs.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

MR. lamb was contacted by O.I.G and grievance officials about my complaints against food service malnutrishioning me and being denied medical care in Sept. 2021. MR. lamb and SO I spoke about this in November 2021. I had informed them that I have blood coming out of my anus and stool. That I have abnormal thyroid and can't have bowel movements because of obstruction/growth in my colen. I explained that I am in dire need of the nutrishional drinks that are supplemental use, that offenders receive via medical because I can't pass solid food but also because food service refuse to provide sufficient food that

VI.  RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes. Money damages, with Jury trial. immediate T.R.O. to receive medical services in receiving supplemental-nutrishion drinks, adhear to medical diet needs, medical care and injunction.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
Robert McClure

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
1420457

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  X  NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?  ____YES  ____NO

Rev. 05/15

4

I can eat. As I have gluten allergy. I explained to Mr. Lamb that due to my complaints with D.O.I.B on the criminal penal violations of 39.03, 39.04, 39.06 I am also receiving harassment. For these reasons food service has now refused to provide wholesome meals per, previous diet order for gluten restricted meals. And medical department refuse to provide services. Mr. Lamb acknowledged this. But failed to take any action. I now expel blood, I feel sick, I have hypernia in my colen track area with serious throbing pain. It is progressively getting worse. I can no longer eat solid food. And since Dec. 5, 2022 I have not. ~~Defendant 2: Mr. Blackshire~~
The Warden Lamb refuses to act.

Defendant #2: Mr. Blackshire and I also spoke in November of 2021 to address the policy violations and denial of medical care with denial of wholesome nutrishion. When I was called out to see them. I was made to walk with my boxers down and shoes half way on. I did not protest. I explained to him I am expelling blood from my anus in bowel movements. I explained that there seems to be serious acts of criminal malfeasance in medical staff who are falseifying my medical chart to reflect that my sick calls are being properly addressed yet, I'm never escorted to medical to see a provider. I explained that I need intervention. To be issued the medical nutrishon drinks to help my failing health and provide the minerals, vitamins I am being deprived from food service. He did not care.
Then as I continued to contact outside officials about this but also reported T.D.C.J. staff committing theft of state property and donated pints of Ice Cream in Sept. 2022. On October 24, 22

Pg 4 (1)

he initiated an retaliation situation. By pulling out offender Joe laws from his AD-seg cell to come to my cell and by the food port throw urine, and feasee's at me. That went into my eyes, mouth, face. This offender has AIDS, and hep C. Mr. Blackshire has also created a policy that he ordered food service staff to come to my living pod to feed personally all high profile offenders with double portions. Offender Joe laws is a high profile offender. But refuses to order food service to comply with the medically ordered diet meal to receive gluten restricted meals. On a daily regular basis. I am harassed by these high profile offenders per, Mr. Blackshire instruction to chill my whistleblowing efforts and I am having to clean the urine, feasies from my food port area, and floor.

Defendant #3: Ms. Burks spoke to me on November 16, 2022 and December 5th, 2022 about my medical needs of blood expelling from my anus during bowel movements, the denial of food service adhearing to previous medical order to receive full, wholesome gluten restricted meals. Ms. Burks acknowledged the fact that I am being denied medical care. But refuses to report this malfeasance to proper state officials. They also acknowledged me being harassed and assaulted by offender Joe laws every time he is escorted out of his cell to go to medical. They acknowledged the discrimination on high profile offenders being bribed with double food portions for being the wardens henchmen. But refuses to stop misconduct. They know I haven't been able to eat solid food since Dec. 5th, 2022 but fail to immediately address the serious medical need

Pg 4 (2)

Defendant #4: Ms. Hall is the supervisor for Estelle unit food service by which Estelle unit is designated medical unit. The correctional managed health care Plan / U.T.M.B. for gluten restricted diet plan is a mandatory menu guideline. Per policy also all food allergies must be given food substitutions. Ms. Hall and I have spoken about being subjected to malnutrishion on issue's that they deprive me of milk. Deprive me of all souces of vitamin C, Zink, all minerals of Iron, Calcium, Magnesium, Because they refuse to provide wholesome meals per, State law of Tex. Gov't Code 501.003 out of retaliation for outside written complaints on them for they with other food service staff steal all salt, pepper to resell to local diners in Huntsville area., meats like beef links, sasage links, cheese, mustard, and in order for this to be enabled. They have transformed the officer Dining room into a all service, eat resturant for all wardens and staff. You can order chicken sandwiches, Double cheese burgers, brownines, cakes, Salds, fresch toast, Scrambled eggs all made to order. All of which is malfeasance and in september they felicitated theft of over 600 cases of donated pints of Ice cream ment for offenders. But they pulled up their personal vehicals at the back gate and walked all of the cases of ice cream to their cars and left. Because of my ongoing complaints, they send me for my meals 2 fried eggs and applesauce every meal. Thats it. My health is rapidedly declining.

pg 4 (3)

Defendant 5: MR. John DOE, TDCJ food director.

Since November of 2021 I have repeatedly written him letters and TDCJ memo's called I-60's that went into detail that at Estelle Medical Unit, their staff at food service are engaging in wide ranging state property theft of the provisions sent here every month. I explained to them that I am sick, and desperately need the food service to comply with state law of Tex. Govt. Code 501.003.

I then explained that me being intentionally malnutrishioned by depriving me of milk, Vitamin C, Zink, Iron, and the other basic elements of proper nutrishion has caused me to develope abnormal thyroid function. I now have gum disease, and have blood coming out of my anus thats Colen Cancer issues. I sent them a monthly log of every meal I had received. To explain what is being provided. They ignore everything. And refuse to conduct any investigation or conduct an internal audit of inventory that would expose the corruption.

This defendant is refusing to provide to me basic nutrishion and refuses to adhear to my previously ordered Doctor orders for Gluten restricted meals and provide food substitution for allergies.

This has direct impact of my failing health. Because of the malnutrishion I am getting sicker. I am very weak now, unable to build muscle, eyevision has been demished, and unable to carry out basic tasks without being out of breath.

pg 4(4)

Defendant 6: To save court time. I will re-incorporate my pleadings to this defendant John DOE, assitant food director to and with the food director of T.D.C.J. as they share the same office and responsibilities.

I have written them all of the same letters and complaints as the John DOE food director. They too ignore every letter or complaint.

Defendant 7: CO Guyen, Estelle unit medical Director. On September 10, 22 and after I sent to Warden Lamb a bag full of pasta to prove that food service staff intentionally providing food items on my tray that I cant eat due to gluten allergy. I also sent Warden Lamb fried eggs that are old and spoiled. After this Doctor Guyen did a medical chart review without my presence or request and voided out my pre-existing medical order for my diet needs. This created a false excuse as to deny my grievance issues against food service. As to remove standing. Then in order to also cover up my being denied medical care. They also ordered me fiberlax pills with out any actual reasons other than to falsify my medical records to reflect medical services are being provided. They continue to deny me all access to medical care although my medical needs are very much personally known to them. My blood in my stool, pain in my side, hyernia swelling, Gum disease from malnutrishion - All of it. But he refuses to take any action. And my sickness is getting progressively worse.

ps 4 (5)

Defendant #8: Provider Coleman has repeatedly denied me access to medical care since October of 2022. They continue to receive my sick calls but deny me access. Only to fabricate my medical file to reflect they do a chart review as I learned this on Dec. 8, 22. Since Dec. 5, 22 I have been refusing all meals due to extreame pain in my anus, colen area when I have bowel movements that now has large amounts of blood in my stool. For this reason I was brought to medical on Dec. 3 or thereabouts. I took a stool test given to me by a nurse. It gave a positive test for blood. I then was escorted to see Provider Coleman without appointment on or around Dec. 8th, 22. I fully explained my medical symptoms and needs. 1. I requested supplemental nutrishion drinks that are already in stock at medical. I was denied. They acknowledged I am malnurished that my gum disease, and abnormal thyroid function with the blood now coming out of my anus are real issues. But according to them. They cant order any supplemental nutrishion. Yet, offenders do receive these drinks for the very same reasons who happen to have a real doctor and not a low level provider. They did order X-rays. And after that it was shown that I have two black masses in my old colen on my left side, and one on my right side with another at my prostate area. Yet still I am being denied immediate medical care or any real services. Other than I have to wait to go to the prison hospital while I'm unable to eat. Basicly starving to death. When I confront these issues in a mature manner. They refuse to talk. And walk out of the medical room. This person is is hostile, vindictive with no real concern. I took X-rays on Dec. 15, 22. By which reveals (4) black masses inside my colen and prostrate area. But my outcries for pain medicen are ignored. I am in serious physical pain and always lathargic.

Pg 4 (b)

Defendant #9: Mr. Bryan Collier has personally known that I have zealously made outcries since 2021 after I initially had x-rays that showed a black mass in my colen. The dates of my letters are numerous, through out the years. I never received any independent investigation, no grievence resolve at any administrative level. I have since learned that T.D.C.J. deliberately obstructs medical access for offenders who get cancer at the early stages. And do not offer medical care till stage 4, which explains why I am being denied the supplemental nutrishion drinks and pain meds. So in 2021 my x-ray showed only one black mass in my colen. So now I have (4). They have also gotten bigger. Which explains why I have blood now coming out of my anus. And that I can't even have bowel movements. My colen is getting sealed off.

I have written Mr. Collier zealously more since November 2021 explaining to them I'm at Estelle Medical Unit and being malnutrishioned. That the administration blantantly refuse to correct violations of state law which mandates TDCJ Food service to feed wholesome meals in a sufficient amount of food. Per, Tex. Gov. T. code 501.003. It also calls Mr. Collier to hold foodservice in strick compliance if they fail.

They are indifferent to my grave serious medical needs and my failing health that being malnutrishioned is a direct cause to the progressive nature of my sickness. I am dying. And they created a policy to not take me to a hospital out of money costs so I now wait to go to the prison unit hospital.

Defendant #10: John Doe, Executive Director for the American Correctional Association. (A.C.A.) This person accredits T.D.C.J. as to behaving basic federal legal standards for food service, medical services. In order for T.D.C.J. to receive federal funding from U.S. Congress in grants. To help fund TDCJ prison system as a whole.

Pg 4 (7)

The A.C.A. comes to estelle on a regular bases to conduct inter audits in a administrative review to determine if Estelle unit foodservice and medical are adhearing to A.C.A. standards that T.D.C.J. under contract have adopted as their own. They are guidelines.

TDCJ has been recognized by the 5th circuit as to have a grievance process that is federally accepted per, 42 U.S.C. §1997 because of the A.C.A. grievance operations manual that TDCJ has adopted in to the system. There is also State law per, Tex. Gov't Code 501.008 that mandates TDCJ to comply with that standard. Now, the A.C.A. continues to accredit to being in compliance with federal basic standards of medical care, feeding food services and grievance process. But the A.C.A. has removed from the TDCJ law library holdings list the "offender grievance operations manual". They do this to conceal the fact that TDCJ has disembarked from all methods of grievance investigations and only now process the grievances with no actual investigation. This is why my medical grievances fail to correct malpractice, and deliberate indifferent to my serious medical needs. Or fail to correct the foodservice deliberately refusing to adhear to medical diet orders. However, when this defendant comes to estelle unit. The warden and regional director take them out to lavish meals for lunch using T.D.C.J. expense account. Then the do the audit and falsefly records so that TDCJ can still receive federal funding.

These are R.I.C.O. act violations. This unlawful practice has been the sole and direct cause to my progressive declining health. Because it creates a firewall for the Texas A.b. to use in court and to frustrate my efforts at exposing systemic corruption in T.D.C.J.

pg 4 (8)

C. Has any court ever warned or notified you that sanctions could be imposed?  **X** YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Lost records but it
2. Case number: was 5th Circuit in 2011.
3. Approximate date warning was issued: _____

Executed on: Dec. 6, 22
              DATE

_____
(Signature of Plaintiff)


**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___6___ day of __December__, 20 _22_.
              (Day)              (month)              (year)

_____
(Signature of Plaintiff)


**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

Inmate Robert McClure
TDCJ # 1920...
Estelle Unit
264 FM 3478
Huntsville, TX 77320



U.S. Federal District Court
Southern District of Texas
P.O. Box 61010
Houston, TX. 77208