United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT MCCLURE, TDCJ #01420457, Plaintiff, | § § § § |
| VS. | § CIVIL ACTION NO. H-23-00364 |
| BLAKE LAMB, *et al.*, Defendants. | § § § § § |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order of Dismissal Without Prejudice, this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

This is a **FINAL JUDGMENT**.

The Clerk will send a copy of this Order to the parties.

SIGNED at Houston, Texas on this 21st day of March 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1